```
        IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

       **v.**       **Criminal No. 07-50037-001**

**MACI DENON DAVIS**                                                            **DEFENDANT**

## O R D E R

Now on this 19th day of March, 2008, comes on for consideration the government's **Motion To Amend Indictment** (document #49), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and the Court will allow the Indictment in this matter to be amended to reflect that the penalty provision in the caption and in Count Five be shown as **21 U.S.C. §841(b)(1)(A)(iii).**

**IT IS SO ORDERED.**

                                                      /s/ Jimm Larry Hendren
                                                    **JIMM LARRY HENDREN**
                                                    **UNITED STATES DISTRICT JUDGE**